UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DONNA LANGAN, TERESA DE BARBARAC, and ALEXANDRA CARSON,<br>    *Plaintiffs*,<br><br>v.<br><br>GREG ABBOTT, in his Official Capacity as Governor of Texas; and KEN PAXTON, in his Official Capacity as Attorney General of Texas<br>    *Defendants*. | NO. 1:20-cv-275-RP |

**ORDER**

On this day came before the Court the Unopposed Motion to Stay Pretrial Proceedings Pending Ruling on Motion to Dismiss. The Court having reviewed the motion, enters the following order:

It is ORDERED that the Unopposed Motion to Stay Pretrial Proceedings Pending Ruling on Motion to Dismiss is GRANTED.

It is further ORDERED that the deadline for the parties to file their proposed scheduling order shall be 24 days after this Court issues its order on Defendants' pending Motion to Dismiss (Dkt. 5).

Signed _____, 2020.

_____
HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE