UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DONNA LANGAN, § <br> TERESA DE BARBARAC, and § <br> ALEXANDRA CARSON § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> GREG ABBOTT, in his Official Capacity as § <br> Governor of Texas; and § <br> KEN PAXTON, in his Official Capacity as § <br> Attorney General of Texas § <br> Defendants. § | Cause No. 1:20-cv-275 |

## UNOPPOSED MOTION TO EXTEND TIME

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs respectfully ask the Court to extend the deadline to respond to Defendants' pending Motion to Dismiss (Docket Entry 5) which was filed May 15, 2020. Pursuant to Local Rule CV-7(e), Plaintiffs would have 14 days to respond.

Plaintiffs ask the Court to extend the deadline an extra 7 days to Friday, June 5, 2020. Defendants are unopposed to this motion.

DATED: May 29, 2020.

Respectfully submitted,

/s/ Brian McGiverin
Brian McGiverin
Texas Bar No. 24067760
brian@austincommunitylawcenter.org

Judith Bohr
Texas Bar No. 24092153
judith.bohr@austincommunitylawcenter.org

AUSTIN COMMUNITY LAW CENTER
1411 West Ave
Austin, TX 78701
Telephone: (512) 596-0226
Fax: (512) 597-0805

Moira Meltzer-Cohen
*Pro Hac Vice Pending*
277 Broadway, Suite 1501
New York, NY 10007
Telephone: (347) 248-6771
Fax: (929) 232.2056
mo_at_law@protonmail.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on all counsel of record who have appeared in this matter through the Electronic Case Files System of the Western District of Texas.

/s/ Brian McGiverin
Brian McGiverin

## CERTIFICATE OF CONFERENCE

I certify I conferred with Defendants' counsel, and they are not opposed to this motion.

/s/ Brian McGiverin
Brian McGiverin

2