UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| DONNA LANGAN, §<br>TERESA DE BARBARAC, and §<br>ALEXANDRA CARSON §<br>　　　　　　　　　Plaintiffs, §<br>§<br>v. §<br>§<br>GREG ABBOTT, in his Official Capacity as §<br>Governor of Texas; and §<br>KEN PAXTON, in his Official Capacity as §<br>Attorney General of Texas §<br>　　　　　　　　　Defendants. § | Cause No. 1:20-cv-275 |

**ORDER**

Having considered Plaintiffs' Unopposed Motion for Extend Time, the Court is of the opinion the Motion should be granted.

IT IS, THEREFORE, ORDERED, that Plaintiffs' Motion is GRANTED. Plaintiffs' deadline to respond to Defendants' pending motion to dismiss (Docket Entry 5) is extended to June 5, 2020.

SO ORDERED this _____ day of _____, 20\_\_\_.

_____
PRESIDING JUDGE