IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DONNA LANGAN, TERESA DE BARBARAC, and ALEXANDRA CARSON, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:20-CV-275-RP |
| GREG ABBOTT, *in his Official Capacity as Governor of Texas*, and KEN PAXTON, *in his Official Capacity as Attorney General of Texas*, | § § § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting Defendants Greg Abbott, in his official capacity as Governor of Texas, and Ken Paxton's, in his official capacity as Attorney General of Texas, motion to dismiss Plaintiffs Donna Langan, Teresa De Barbarac, and Alexandra Carson's amended complaint, (Am. Compl., Dkt. 10). (Mot., Dkt. 11). As nothing remains to resolve, the court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS ORDERED** that each party bear its own costs.

**SIGNED** on February 8, 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE